

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohammed Salehi | Civil Action No.  16-cv-02869-JLS-JLB |
| Plaintiff, | |
| V. | |
| D&A Services, LLC | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

plaintiff's Motion to Dismiss (ECF No. 3) is granted and the case is dismissed with prejudice. As agreed by the parties each party shall bear its own costs with respect to this action.

**Date:**   4/18/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  D. Juarez
                                             D. Juarez, Deputy